```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15950
   LENWORTH CLARKE
   KATHY ANNE CLARKE                            CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-2164     SSN XXX-XX-9885
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/31/07 .

   2.  The case was dismissed without confirmation, 01/11/2008.

   3.  The Debtor paid a total of $   1130.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COMMUNITY TRUST CREDIT U | SECURED VEHIC | .00 | .00 | 700.00 |
| ARLINGTON AUTOMOTIVE GRO | UNSECURED | NOT FILED | .00 | .00 |
| ALARM ONE INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY TRUST CREDIT U | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 700.00 | .00 | .00 | .00 | 700.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 700.00 | .00 | .00 | .00 | 700.00 |

The Debtor's attorney, PATRICK J HART               , was allowed $   3000.00
and was paid $    926.00  direct and $    373.98  through the plan.

The Trustee received $     56.02 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/16/08                  /S/
                                    GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 15950 LENWORTH CLARKE & KATHY ANNE CLARKE